UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:23-cv-01773-MEMF-KES                             Date: July 6, 2023

Title: ARTURO FAVELA-GOMEZ v. WARDEN B. BIRKHOLZ

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Maria Barr for Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order Extending Petitioner's Deadline to File Objections to the R&R (Dkt. 22)

Arturo Favela Gomez ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the BOP's failure to award him earned time credits under the First Step Act. ("Petition" at Dkt. 1.)  On June 8, 2023, the Magistrate Judge issued a report and recommendation ("R&R") finding that the District Judge should deny the Petition on the merits. (Dkt. 22.)  At the same time as the R&R, the Court issued a notice informing Petitioner that he had until July 3, 2023 to file objections to the R&R. (Dkt. 23.)  The Court has now received objections from Petitioner, but the objections appear to state that Petitioner received only the notice and not the R&R itself.  (Dkt. 24.)

IT IS THEREFORE ORDERED that Petitioner's deadline to file objections to the R&R is extended to **August 3, 2023**.  The Clerk is directed to attach a copy of the R&R to this order.

Initials of Deputy Clerk: mba